# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 17-32655 |
| Richard Jackson, III } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE RULED UPON UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

### Objection to Claim No. 4
### Of Creditor BMW FINANCIAL

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of BMW FINANCIAL and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on September 18, 2017.

2. The Creditor, filed the Claim number 4 of BMW FINANCIAL in the amount of approximately $1828.00. Said claim is objectionable because said claim it is an arrearage claim on a debt that is scheduled for repayment outside of the Bankruptcy action and the $1828.00 is the entire amount of the debt owing and is being paid at the rate of $680.00 per month outside of the Bankruptcy case, being paid by a co-debtor..

Wherefore, the premises considered, the Debtor request this court to sustain the objection to the Claim number of BMW FINANCIAL and to disallow the claim.

Respectfully submitted,

/s/ Richard D. Shinbaum ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day March 26, 2018.

Chapter 13 Trustee, Sabrina McKinney
Bankruptcy Administrator, Teresa Jacobs

BMW FINANCIAL
P.O Box 3608
Dublin, OH  43016-0306